**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 11-00317

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

DARIEN L RELIFORD                           MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is a Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Record Document 562) filed by Defendant, Darien Reliford ("Reliford"). Reliford seeks a reduction of his sentence based on Amendment 782 to the United States Sentencing Guidelines. See id.

Reliford filed the instant Motion in 2017. See id. Following its filing, the Court entered a standard procedural order governing motions brought pursuant to Amendment 782 (Record Document 564) and an administrative order appointing the Office of the Federal Public Defender to review eligibility for relief (Record Document 563). The record reflects that no further action was taken on the Motion for several years. In December 2023, the Federal Public Defender moved to withdraw as counsel after reviewing Reliford's case, and that motion was granted. See Record Documents 662 & 663.

After consultation with the United States Probation Office and an independent review of the record, the Court finds that Reliford is not eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2). A reduction under § 3582(c)(2) is permitted only where a defendant's sentence was based on a sentencing range that has subsequently been lowered by the Sentencing Commission. See U.S. v. Morgan, 866 F.3d 674 (5th Cir. 2017). Here, the Presentence Report reflects that Reliford was classified as a career

offender under the Sentencing Guidelines, and the Court adopted the Presentence Report at sentencing without objection. Because Amendment 782 does not lower the guideline range applicable to career offenders, Reliford's guideline range has not been reduced. See U.S. v. Anderson, 591 F.3d 789, 791 (5th Cir. 2009). Accordingly, he is not eligible for relief under § 3582(c)(2).

Further, even if Reliford were eligible for a reduction, the Court would decline to exercise its discretion to reduce his sentence after consideration of the factors set forth in 18 U.S.C. § 3553(a). The Presentence Report reflects that Reliford has a significant criminal history, including conduct involving violence and firearms, and poses a continued risk to public safety. See Record Document 285. The Court finds that the originally imposed sentence remains appropriate.

Accordingly,

**IT IS ORDERED** that the Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Record Document 562) is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of April, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT